(No. 10979.)

ISIDORE COHN *et al.* Appellees, *vs.* FRED SESTI *et al.*
Appellants.

*Opinion filed December 21, 1916.*

APPEALS AND ERRORS—*judgment of Appellate Court· reversing
judgment of the lower court and remanding the cause is not final.*
A judgment of the Appellate Court reversing a judgment of the
lower court discharging garnishees in attachment and remanding
the cause is not a final judgment, and the Appellate Court is with-
out authority to grant a certificate of importance and an appeal.

APPEAL from the Second Branch Appellate Court for
the First District;—heard in that court on writ of error
to the Municipal Court of Chicago; the Hon. JOHN K.
PRINDIVILLE, Judge, presiding.

THOMAS D. NASH, and MICHAEL J. AHERN, for ap-
pellants.

BLUM, WOLFSOHN & BLUM, for appellees.

Mr. JUSTICE DUNN delivered the opinion of the court:

The appellees sued Edward M. Malo in attachment in
the municipal court of Chicago and summoned the appel-
lants as garnishees. Judgment was rendered against Malo
for $76.25. The answer of the garnishees was contested
and upon a trial they were discharged. The plaintiffs ap-
pealed to the Appellate Court, which reversed the judgment,
remanded the cause to the municipal court and granted a
certificate of importance and appeal to this court.

The judgment of the Appellate Court was not final and
the appeal was improvidently granted. It will be dismissed.

*Appeal dismissed.*